**Cynthia Lee WHITAKER,
Plaintiff–Appellant,**

v.

**TITMUS OPTICAL INC.,
Defendant–Appellee.**

No. 02–2275.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 30, 2003.

Decided Feb. 4, 2003.

Cynthia Lee Whitaker, Appellant Pro Se. Lynn Forgrieve Jacob, Aaron Scott Walters, Williams, Mullen, Clark & Dobbins, Richmond, Virginia, for Appellee.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Cynthia Lee Whitaker appeals from the district court's order denying relief in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Whitaker v. Titmus Optical Inc.*, No. CA–02–96–3 (E.D.Va. Oct. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*